TLD:BJR
F. #2005R01159

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

SOUHAIL ENNASSER,

          Defendant.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  JUL 26 2005  ★
P.M. _____
TIME A.M. _____

I N F O R M A T I O N

Cr. No. 05-CR-534
(T. 21, U.S.C., §§ 846
and 841(b)(1)(D);
T. 18, U.S.C., §§
3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

     On or about March 14, 2005, within the Eastern District of New York and elsewhere, the defendant SOUHAIL ENNASSER, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing hashish, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

     (Title 21, United States Code, Sections 846 and 841(b)(1)(D); Title 18, United States Code, Sections 3551 et seq.)

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F.#2005R01159
FORM DBD-34
JUN. 85

No. *05-CR-534 (CBA)*

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK, CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

v.

SOUHAIL ENNASSER,

Defendant.

# INFORMATION

(T. 21, U.S.C., §§ 846 and 841(b)(1)(D); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*AUSA BRYAN J. ROSE, 718-254-6191*